Plaintiff's Name: Ellis Lorenzo Lockett
Prisoner No.: T64311
Institutional Address: SQ Rehabilitation Center
San Quentin, CA 94974

**FILED**
NOV 21 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Ellis Lorenzo Lockett
*(Enter your full name)*
v.

*(Enter the full name(s) of all defendants in this action)*

Case No. 24-CV-06083-NC
*(Provided by the clerk upon filing)*

**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

## I. Exhaustion of Administrative Remedies.

You must exhaust available administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.

A. Place of present confinement: SQ Rehabilitation Center

B. Is there a grievance procedure in this institution?   ☒ YES   ☐ NO

C. If so, did you present the facts in your complaint for review through the grievance procedure?
☒ YES   ☐ NO

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue any available level of appeal, explain why.

   1. Informal appeal: unknown

   2. First formal level: unknown

3. Second formal level: unknown

4. Third formal level: unknown

E. Is the last level to which you appealed the highest level of appeal available to you?
☒ YES   ☐ NO

F. If you did not present your claim for review through the grievance procedure, explain why.

## II. Parties.

A. If there are additional plaintiffs besides you, write their name(s) and present address(es).

Ellis C. Hollis    SQ Rehabilitation Center SQ CA 94974
Jeff Mills        SQ Rehabilitation Center SQ, CA 94974
George Redd       SQ Rehabilitation Center SQ CA 94974

B. For each defendant, provide full name, official position and place of employment.

Ellis. C. Hollis
Jeff Mills
George Redd

## III. Statement of Claim.

State briefly the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

I Plaintiff Ellis Hollis hereby humbly submit, That I contracted Covid-19 and tested positive, in July of 2020. This is the result of the May-30-2020 transfer of incarcerated persons from (CIM) California Institute for Men To San Quentin Prison, in which an outbreak of Covid-19 occurred herein San Quentin Prison.

*Prisoner Complaint (rev. 12/2020)*                                *Page 2 of 3*

## IV. Relief.

Your complaint must include a request for specific relief. State briefly exactly what you want the court to do for you. Do not make legal arguments and do not cite any cases or statutes.

Punitive damages for the deliberate indifference that the defendants caused, bringing harm to my physical and emotional health, from past, present and future

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: 11-19-24
Date

_Signature of Plaintiff_

Ellis Lockett #T64511
3-N-72
SQ Rehabilitation Center
San Quentin, CA 94974



Office of the Clerk, U.S. District Court
Northern District of California
280 South First Street, Room 2112
San Jose, California 95113-3095